UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RAFFAELOUS J. WHITE                    CIVIL ACTION NO. 13-cv-2454

VERSUS                                 JUDGE FOOTE

N. BURL CAIN                           MAGISTRATE JUDGE HORNSBY

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, the written objections filed by the Petitioner [Record Document 15], and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus is denied.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _29 M_ day of _August_, 2016.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE